**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-4457**

---

UNITED STATES OF AMERICA,

                                 Plaintiff - Appellee,

    versus

MARGARET SUSAN FAULK,

                                 Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-99-5-BO)

---

Submitted: January 18, 2001      Decided: January 30, 2001

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rosemary Godwin, Raleigh, North Carolina, for Appellant. Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Margaret Susan Faulk appeals her convictions and sentence for conspiracy to commit mail theft in violation of 18 U.S.C. § 371 (1994) and receipt and possession of stolen mail and aiding and abetting in violation of 18 U.S.C. §§ 2 & 1708 (1994). Finding no reversible error, we affirm.

On appeal, Faulk claims that she is entitled to a new trial because the prosecutor made improper remarks during his rebuttal closing argument. Because our review of the record reveals that any such prosecutorial misconduct did not "so infect[] the trial with unfairness as to make the resulting conviction a denial of due process," we find that this claim is without merit. United States v. Morsley, 64 F.3d 907, 913 (4th Cir. 1995) (citation omitted).

Accordingly, we affirm Faulk's convictions and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED